**91–142.** State v. Rhodes. *Franklin County*, No. 90AP–289. On motion for leave to supplement briefing. Motion denied.

**91–199.** State v. Wyant. *Delaware County*, No. 90–CA–2. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of the motion of the Ohio Prosecuting Attorneys' Association for leave to file brief *amicus curiae* instanter and the motion of the Stark County Prosecutor, on behalf of *amicus curiae*, the Ohio Prosecuting Attorneys' Association, for two additional *amicus* parties, the Fraternal Order of Police and the Buckeye State Sheriffs' Association, for leave to join on the *amicus curiae* brief of the Ohio Prosecuting Attorneys' Association,

IT IS ORDERED by the court that said motion for leave to file brief *amicus curiae* instanter be, and the same is hereby, granted, effective March 20, 1992.

IT IS FURTHER ORDERED by the court that said motion to join on the *amicus curiae* brief be, and the same is hereby, granted.

**91–812.** Flowers v. Walker. *Trumbull County*, No. 90–T–4347. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion denied.

**91–1336.** Bobersky v. Youngstown. *Mahoning County*, No. 90 C.A. 52. On motion to strike appendix to *amicus* brief and on motion to strike additional record. Motions granted.

HOLMES, J., dissents.

WRIGHT, J., not participating.

**91–1507.** Ohio Chamber of Commerce v. State Emergency Response Comm. *Franklin County*, Nos. 91AP–173 and 91AP–174. On motion to strike. Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

MOYER, C.J., not participating.

**91–1720.** Pariano v. Kerr. *Cuyahoga County*, No. 61973. On response to show cause order for sealing the record. The seal on the record is maintained per appellee's response.

**91–1785.** State, ex rel. Toledo Blade Co., v. Univ. of Toledo Found. In Mandamus. On joint motion for leave to file evidence instanter. Motion granted.

**91–1866.** State, ex rel. Heare, v. Akron. *Summit County*, No. 15143. On request for oral argument. Request denied.

**91–1886.** Ohio Assn. of Private Detective Agencies, Inc. v. North Olmsted. *Cuyahoga County*, No. 58914. On motions for leave to file *amicus* of Independent Armored Car Operators Association, Inc. and Ohio Department of Commerce, Division of Licensing. Motions granted.

**91–1977.** State v. Steffen. *Hamilton County*, No. C–90–0596. On motion to set execution date. Motion granted.

**91–1985.** Middleburg Heights v. Ohio Bd. of Bldg. Standards. *Franklin County*, No. 90AP–1289. On motions for leave to file *amicus* of Midwest Industrialized Unit Manufacturers Association and Ohio State Building and Construction Trades Council. Motions granted.

WRIGHT, J., not participating.

**91–2032.** State v. Beuke. *Hamilton County*, No. C–900718. On motion to set execution date. Motion granted.

**91–2099.** State, ex rel. Nelson, v. Fuerst. *Cuyahoga County*, No. 62021. On motion for leave to supplement brief. Motion granted.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

On motion to strike *amicus* brief. Motion denied.

H. BROWN, J., dissents.

**91–2214.** Motorists Mut. Ins. Co. v. Andrews. *Sandusky County*, No. S–91–4. On motion to consolidate with 91–2351, *Motorists Mut. Ins. Co. v. Andrews*, Sandusky County, No. S–91–4, and to adopt briefs and record. Motion granted.

RESNICK, J., not participating.